IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Elliott-Bryant, Jeton D | Case Number: 06 B 10775 |
| | Judge: Hollis, Pamela S |
| Printed: 7/15/08 | Filed: 8/30/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: May 23, 2008
Confirmed: October 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,886.00 | |
| Secured: | | 5,272.04 |
| Unsecured: | | 2,897.53 |
| Priority: | | 0.00 |
| Administrative: | | 2,226.00 |
| Trustee Fee: | | 569.36 |
| Other Funds: | | 2,921.07 |
| Totals: | 13,886.00 | 13,886.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Mark D Weisman | Administrative | 2,226.00 | 2,226.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 25,439.49 | 5,272.04 |
| 4. | World Financial Network Nat'l | Unsecured | 386.93 | 386.93 |
| 5. | RoundUp Funding LLC | Unsecured | 815.07 | 815.07 |
| 6. | National Capital Management | Unsecured | 169.28 | 169.28 |
| 7. | Capital One | Unsecured | 1,526.25 | 1,526.25 |
| 8. | JP Morgan Chase Bank | Secured | | No Claim Filed |
| 9. | CitiFinancial | Secured | | No Claim Filed |
| 10. | Sprint PCS | Unsecured | | No Claim Filed |
| 11. | CitiFinancial | Unsecured | | No Claim Filed |
| 12. | First Premier | Unsecured | | No Claim Filed |
| 13. | AFS | Unsecured | | No Claim Filed |
| | | | $ 30,563.02 | $ 10,395.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 181.81 |
| 5.4% | 387.55 |
| | $ 569.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Elliott-Bryant, Jeton D

Printed:  7/15/08

Case Number:  06 B 10775
Judge:  Hollis, Pamela S
Filed:  8/30/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

